FILED

2019 DEC 17  PM 2:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA KARINA MARQUEZ,<br><br>Defendant. | CR No. 17-00774(A)-FMO-2<br><br>F I R S T<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1035(a)(2): False Statements Affecting Health Care Program; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to Be Done] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. §§ 1035(a)(2), 2]

On or about July 7, 2014, in Los Angeles County, within the Central District of California, and elsewhere, in a matter involving a health care benefit program, specifically Medicare, defendant CYNTHIA KARINA MARQUEZ, together with Tamara Yvonne Motley and others known and unknown to the United States Attorney, each aiding and abetting the other, knowingly and willfully made and caused to be made a materially false, fictitious, and fraudulent statement and representation in connection with the delivery of and payment for a health care benefit, item, and service.  Specifically, on or about

1   July 7, 2014, defendant MARQUEZ caused, and aided and abetted, the

2   submission to Medicare, on behalf of Action Medical Equipment and

3   Supply, Inc., also known as Action Medical Equipment and Supply, Inc.

4   ("Action"), of a false and fraudulent claim, namely, claim

5   #114188880030000, for power wheelchair ("PWC") accessories and 90

6   minutes of PWC repairs for beneficiary M.V. in the amount of $2,990,

7   when in fact, as defendant MARQUEZ then knew, these accessories and

8   repairs were not necessary and were not provided to beneficiary M.V.,

9   and Action was not entitled to payment from Medicare on this claim.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWO

[18 U.S.C. §§ 1035(a)(2), 2]

On or about May 19, 2016, in Los Angeles County and Ventura County, within the Central District of California, and elsewhere, in a matter involving a health care benefit program, specifically Medicare, defendant CYNTHIA KARINA MARQUEZ, together with Tamara Yvonne Motley and others known and unknown to the United States Attorney, each aiding and abetting the other, knowingly and willfully made and caused to be made a materially false, fictitious, and fraudulent statement and representation in connection with the delivery of and payment for a health care benefit, item, and service. Specifically, on or about May 19, 2016, defendant MARQUEZ caused, and aided and abetted, the submission to Medicare, on behalf of Kaja Medical Equipment & Supply, Inc., also known as Kaja Medical Equipment and Supplies ("Kaja"), of a false and fraudulent claim, namely, claim #116140843419000, for PWC accessories and 120 minutes of PWC repairs for beneficiary M.D.V. in the amount of $3,090, when in fact, as defendant MARQUEZ then knew, these accessories and

///
///
///
///
///
///
///
///
///
///

3

1   repairs were not necessary and were not provided to beneficiary

2   M.D.V., and Kaja was not entitled to payment from Medicare on this

3   claim.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

KRISTEN A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Major Frauds Section

CATHY J. OSTILLER
Assistant United States Attorney
Acting Deputy Chief, Major Frauds
Section

DAVID H. CHAO
Assistant United States Attorney
Major Frauds Section

4

## CERTIFICATE OF SERVICE

I, GARY LETONA, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

FIRST SUPERSEDING INFORMATION

Service was:

[X]By e-mail as follows:                [] By federal express as follows:

office@3klaw.com

pat@patharrislaw.com

scottpactor@yahoo.com

Mark@windsorlaw.us

jdrlaw@hotmail.com

This Certificate is executed on December 17, 2019, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

Gary E. Letona
Gary Letona
Legal Assistant